# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-14583-ELF |
| | ) | |
| Alan D. Stasson aka Alan Stasson | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES The Cadle Company and requests to be placed on the mailing matrix of this case. The address is as follows:

> The Cadle Company
> Attention: 01550028
> 100 North Center Street
> Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date: July 20, 2018         By: */s/ Vikki Dales*
Vikki Dales, Account Officer
The Cadle Company
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3227
vikki.dales@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | ) Case No. 14-14583-ELF |
| | ) |
| Alan D. Stasson aka Alan Stasson | ) Chapter 13 |
| | ) |
| Debtor(s) | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Creditor Request for Notices was deposited in the United States mail, first class, postage prepaid, on July 20, 2018, unless notified electronically via the Notice of Filing, addressed to the following:

    William C. Miller, Trustee
    111 S Independence Mall, Suite 583
    Philadelphia, PA  19106

    Michael P. Kelly, Esq.
    Cowan & Kelly
    202 Penns Square
    Langhorne, PA 19047

                                              /s/ Kelsey Pontillo
                                              Kelsey Pontillo, Bankruptcy Secretary

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-14583-ELF |
| | ) | |
| Alan D. Stasson aka Alan Stasson | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of all exhibits were deposited in the United States mail, first class, postage prepaid, on July 20, 2018, unless notified electronically via the Notice of Filing, addressed to the following:

> William C. Miller, Trustee
> 111 S Independence Mall, Suite 583
> Philadelphia, PA  19106
>
> Michael P. Kelly, Esq.
> Cowan & Kelly
> 202 Penns Square
> Langhorne, PA 19047

/s/ Kelsey Pontillo

Kelsey Pontillo, Bankruptcy Secretary