United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alan D Stasson  
    Debtor

Case No. 14-14583-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jul 23, 2018  
                  Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.  
13374566        +National Loan Investors, LP,     5619 N Classen Blvd,     Oklahoma City OK 73118-4015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:

         ANDREW SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
         CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
         DANIEL P. MAZO    on behalf of Creditor    Santander Bank, N.A., formerly Sovereign Bank dmazo@sovereignbank.com  
         DEREK E JOKELSON    on behalf of Creditor Hannah Williams efile@jokelson.com, dej@jokelson.com;angela@jokelson.com  
         J. TIMOTHY ARNDT, III    on behalf of    First Resource Bank tarndt@lcslaw.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Earthstar Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LEE M. HERMAN    on behalf of Creditor    Second Street Parkominium, LP lmh@lmhlaw.com, courtfiling@lmhlaw.com;josephdiorioesq@yahoo.com  
         MICHAEL P. KELLY    on behalf of Debtor Alan D Stasson mpkpc@aol.com, r47593@notify.bestcase.com  
         PAUL BRINTON MASCHMEYER    on behalf of    Maureen Gallagher pmaschmeyer357@gmail.com, FMarinas@msn.com  
         ROBERT J. LOHR, II    on behalf of Creditor    Cedars International Profit Sharing Plan bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com  
         THOMAS I. PULEO    on behalf of Creditor    Earthstar Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                             TOTAL: 15

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-14583-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Alan D Stasson
53 Pheasant Dr
Southampton PA 18966-1949

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/20/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: National Loan Investors, LP, 5619 N Classen Blvd, Oklahoma City OK 73118 | The Cadle Company<br>100 North Center Street<br>Newton Falls OH 44444 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/25/18

Tim McGrath
**CLERK OF THE COURT**