Certificate Number: 02921-PAE-DE-031899782

Bankruptcy Case Number: 14-14583



02921-PAE-DE-031899782

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 13, 2018</u>, at <u>1:55</u> o'clock <u>PM EST</u>, <u>Alan Stasson</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 13, 2018</u>        By:   <u>/s/Joan B Reading</u>

Name:   <u>Joan B Reading</u>

Title:   <u>President</u>