United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 14-14583-elf
Alan D Stasson                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1            Date Rcvd: Mar 05, 2019
                            Form ID: 212           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
db            Alan D Stasson,    53 Pheasant Dr,    Southampton, PA   18966-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              DANIEL P. MAZO    on behalf of Creditor    Santander Bank, N.A., formerly Sovereign Bank
               dmazo@sovereignbank.com
              DEREK E JOKELSON    on behalf of Creditor Hannah  Williams efile@jokelson.com,
               dej@jokelson.com;angela@jokelson.com
              J. TIMOTHY ARNDT, III    on behalf of    First Resource Bank tarndt@lcslaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Earthstar Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LEE M. HERMAN    on behalf of Creditor    Second Street Parkominium, LP lmh@lmhlaw.com,
               courtfiling@lmhlaw.com;josephdiorioesq@yahoo.com
              MICHAEL P. KELLY    on behalf of Debtor Alan D Stasson mpkpc@aol.com,    r47593@notify.bestcase.com
              PAUL BRINTON MASCHMEYER    on behalf of    Maureen  Gallagher pmaschmeyer357@gmail.com,
               FMarinas@msn.com
              ROBERT J. LOHR, II    on behalf of Creditor    Cedars International Profit Sharing Plan
               bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
              THOMAS I. PULEO    on behalf of Creditor    Earthstar Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                                    Chapter: 13

    Alan D Stasson

Debtor(s)                                                                                          Case No: 14–14583–elf

_____

*ORDER*

AND NOW, 3/5/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court

173
Form 212