Santander Consumer USA

FILED
SEP 24 2026
CLERK OF COURT
BY KA DEP. CLERK

September 22, 2026

United States Bankruptcy Court – Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
Attn: Unclaimed Funds
900 Market Street, Suite 400
Philadelphia, PA 19107

**Re: Unclaimed Bankruptcy Dividend Claim of Santander Bank N.A. servicing for Santander Consumer USA Inc. that services loans for Sovereign Bank**

**Debtor: Alan D Stasson**
**Case Number: 14-14583 – ($395.72 + $392.84) = $788.56**

I, Jason P Miller, of Santander Bank N.A. Submit the following documents to claim the Unclaimed Bankruptcy Dividends due to Santander Bank N.A. from the above noted Bankruptcy case:

This submission is made under the authority granted by:
• The **Power of Attorney from Santander Consumer USA to Santander Bank N.A.**, dated **April 1, 2025**, and the **Power of Attorney from Sovereign Bank to Santander Consumer USA**, executed **June 4, 2009**.

I request your assistance regarding any additional Unclaimed Bankruptcy Dividends that may be listed and subsequently discovered by the Unclaimed Bankruptcy Dividends department during the claim application process to be included in this claim.

In accordance with the Unclaimed Bankruptcy Dividends filing instructions for corporations, I attached the following documents:
1. Application For Payment of Unclaimed Funds
2. Incumbency certificate designating Jason Miller to execute claims on behalf of the company.
3. **Power of attorney of Santander Consumer USA to Santander Bank N.A. dated April 1, 2025**
4. **Power of Attorney of Sovereign Bank to of Santander Consumer USA executed June 4, 2009**.
5. Attached W9 and AO213
6. Front and back of my driver's license
7. Certificate of Service
8. Order Granting Application for Payment of Unclaimed Funds

**Please remit the company's Warrant to the address noted in the claim affirmation form.**

If you need any further information to process this claim, don't hesitate to get in touch with me at the contact information noted on the claim form.

Best Regards,
Jason Miller
**Email:** jmiller@santander.us



©2019 Santander Consumer USA Inc. All rights reserved.

Santander Consumer USA

September 22, 2026

Office of the United States Attorney - Eastern District of Pennsylvania
Attn: Unclaimed Funds
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

**Re: Unclaimed Bankruptcy Dividend Claim of Santander Bank N.A. servicing for Santander Consumer USA Inc. that services loans for Sovereign Bank**

**Debtor: Alan D Stasson**
**Case Number: 14-14583 – ($395.72 + $392.84) = $788.56**

I, Jason P Miller, of Santander Bank N.A. Submit the following documents to claim the Unclaimed Bankruptcy Dividends due to Santander Bank N.A. from the above noted Bankruptcy case:

This submission is made under the authority granted by:
• The **Power of Attorney from Santander Consumer USA to Santander Bank N.A.**, dated **April 1, 2025**, and the **Power of Attorney from Sovereign Bank to Santander Consumer USA**, executed **June 4, 2009**.

I request your assistance regarding any additional Unclaimed Bankruptcy Dividends that may be listed and subsequently discovered by the Unclaimed Bankruptcy Dividends department during the claim application process to be included in this claim.

In accordance with the Unclaimed Bankruptcy Dividends filing instructions for corporations, I attached the following documents:

1. Application For Payment of Unclaimed Funds
2. Incumbency certificate designating Jason Miller to execute claims on behalf of the company.
3. **Power of attorney of Santander Consumer USA to Santander Bank N.A. dated April 1, 2025**
4. **Power of Attorney of Sovereign Bank to of Santander Consumer USA executed June 4, 2009**.
5. Attached W9 and AO213
6. Front and back of my driver's license
7. Certificate of Service
8. Order Granting Application for Payment of Unclaimed Funds

**Please remit the company's Warrant to the address noted in the claim affirmation form.**

If you need any further information to process this claim, don't hesitate to get in touch with me at the contact information noted on the claim form.

Best Regards,
Jason Miller
**Email:** jmiller@santander.us



©2019 Santander Consumer USA Inc. All rights reserved.

**Fill in this Information to identify the case:**

Debtor 1 Alan D. Stasson
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania
(State)

Case number: 14-14583

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | ($395.72 + $392.84) = $788.56 |
| Claimant's Name: | Santander Bank N.A. servicing for Santander Consumer USA Inc. that services loans for Sovereign Bank |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 824 North Market Street, Wilmington,DE 19801<br>972-761-1370<br>jmiller@santander.us |

### 2. Claimant Information

Applicant[2] represents the following:

☒ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

______________________________

______________________________.

☐ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**3. Applicant Information**

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

**4. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of Pennsylvania
*[Court enters address here]*

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: 9/22/26

Signature of Applicant

Jason Miller
Printed Name of Applicant

Address: 824 North Market Street
Wilmington,DE 19801

Telephone: 972-761-1370

Email: jmiller@santander.us

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: ______________________

______________________
Signature of Co-Applicant (if applicable)

______________________
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: ______________________

Email: ______________________

| | |
|---|---|
| **7. Notarization**<br>STATE OF Texas<br>Dallas<br>COUNTY OF<br><br>This Application for Unclaimed Funds, dated 9-22-26 was subscribed and sworn to before me this September<br>22 day of__, 2026 by Jason Miller<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>*[Notarial wording to be adjusted based on state requirements]*<br><br>(SEAL) Notary Public<br>LETICIA SALAZAR<br>My Notary ID # 12275799<br>Expires June 26, 2027<br>NOTARY PUBLIC STATE OF TEXAS<br>My commission expires: | **7. Notarization**<br>STATE OF ____<br>COUNTY OF ____<br><br>This Application for Unclaimed Funds, dated ____ was subscribed and sworn to before<br>me this____day of____________, 20 by<br><br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>*[Notarial wording to be adjusted based on state requirements]*<br><br>(SEAL) Notary Public ____<br>My commission expires: |

**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**

In Re: **Alan D Stasson**

, Debtor(s)

Case Number: **14-14583**
**Chapter 13**

## CERTIFICATE OF SERVICE

I, Jason Miller of Santander Bank N.A., hereby certify that on the 22, day of September 2026, A copy of the Application of Payment of Unclaimed Funds and all supporting documents was served on the United States Attorney for the Southern District of Florida via Federal Express at the following address:

Office of the United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

**X 1st Class Mail to the following:**

**Debtor -**

Alan D Stasson
53 Pheasant Dr
Southampton, PA 18966-1949

**Debtors Attorney -**

MICHAEL P. KELLY
Cowan & Kelly
202 Penns Square, Ste 202
Langhorne, PA 19047

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 22, 2026

X ______________________
Jason Miller

**UNITED STATES BANKRUPTCY COURT**
Eastern **District of _** Pennsylvania

| | | |
|---|---|---|
| In re: Alan D Stasson | ) | Case No. 14-14583 |
| | ) | |
| *Debtor(s)* | ) | Chapter 13 |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On____________________, an application was filed for the Claimant(s), Santander Bank N.A. servicing for Santander Consumer USA Inc. that services loans for Sovereign Bank, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of ($395.72 + $392.84) = $788.56 held in unclaimed funds be made payable to Santander Bank N.A.

and be disbursed to the payee at the following address:

824 North Market Street, Wilmington,DE 19801 .

The Clerk will disburse these funds not earlier than 14 days after entry of this order.